```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0260--CV (JKS)
                "USA V ONE MARLIN FIREARM CO RIFLE"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 11/07/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (690) Other forfeiture and penalty suits

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1            UNITED STATES OF AMERICA          James N. Barkeley
                                                     U.S Attorney's Office
                                                     222 W. 7th Avenue, #9
                                                     Anchorage, AK 99513-7567
                                                     907-271-5071

DEF 1.1            ONE MARLIN FIREARMS CO RIFLE      No counsel found for this party!

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0260--CV (JKS)
                           "USA V ONE MARLIN FIREARM CO RIFLE"

                                     For all filing dates


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
       Referral Rule:  4(12)
              Filed:  11/07/05
             Closed:  NO

        Jurisdiction: (1) U.S. Plaintiff
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (690) Other forfeiture and penalty suits

              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by:


Document #   Filed     Docket text

     1 -  1  11/07/05  Complaint filed w/att exhs..

     2 -  1  11/07/05  PLF 1 motion (request) for judicial issuance of in rem warrant of
                       arrest.

     3 -  1  11/07/05  JKS Minute Order that case referred to MJ Roberts per MJ Rule 4(12) .
                       cc: cnsl, MJ Roberts

     4 -  1  11/08/05  JDR Order granting motion (request) for judicial issuance of in rem
                       warrant of arrest (2-1). cc: cnsl, USM
```