DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-260-JKS |
| ) | |
| Plaintiff, ) | **NOTICE OF PROOF OF SERVICE** |
| v. ) | |
| ) | |
| ONE MARLIN FIREARMS CO. RIFLE, ) | |
| MODEL 25N, .22 CALIBER, SERIAL ) | |
| NUMBER 08587184, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of service pursuant to the Court's Order of February 10, 2006 (docket 6). Attached hereto (Exhibit 1) is a Process Receipt and Return signed on March 6, 2006 by ATF Special Agent and Evidence Custodian, Daniel Woolbert, attesting to the service of the In

Rem Warrant of Arrest on the above-referenced defendant property, in custody of ATF.

DATED this 7th day of March, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2006, a true and correct copy
of the foregoing NOTICE OF PROOF OF SERVICE was served
via Certified U.S. Mail, Return Receipt Requested, on:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

s/James Barkeley