DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                          Plaintiff,     )<br>            v.                                      )<br>                                                              )<br>ONE MARLIN FIREARMS CO. RIFLE, )<br>MODEL 25N, .22 CALIBER, SERIAL )<br>NUMBER 08587184,                      )<br>                                                              )<br>                          Defendant.  )<br>_____ ) | No. 3:05-cv-260-JKS<br><br>**NOTICE OF PROOF OF PUBLICATION** |

     COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of publication of the notice of forfeiture in a newspaper of general circulation in the judicial district where the property was seized, as required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Attached hereto as Exhibit 1 is the Fairbanks Daily News-Miner Affidavit of Publication attesting to the publication on

March 17, 24, and 31, 2006, together with a photocopy of the published advertisement.

Respectfully submitted this 1st day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U. S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Rm. C-253
>Anchorage, AK  99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, a true and correct copy of the foregoing NOTICE OF PROOF OF PUBLICATION was served via Certified U.S. Mail, Return Receipt Requested, on:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

s/James Barkeley