Ad Id 97269

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA  
STATE OF ALASKA          } SS.  
FOURTH DISTRICT

```
97269
UNITED STATES v. ONE
MARLIN FIREARMS CO.
       RIFLE
Case No.
3:05-cv-260-JKS

To all interested persons
in the above-styled case,
notice is hereby given that
on November 7, 2005, the
United State of America
filed an action pursuant to
18 U.S.C § 924(d)(1) and
28 U.S.C §§ 1345 and
1355, for the forfeiture of
ONE MARLIN FIREARMS
CO. RIFLE, MODEL 25N,
.22 CALIBER, SERIAL
NUMBER 08587184.

Pursuant to 18 U.S.C. §
983(a)(4), all persons
claiming an interest in this
property must file a claim
asserting such interest in
the manner set forth in the
Supplemental Rule C for
Certain Admiralty and
Maritime Claims, no later
than 30 days after the final
publication of this notice,
or service of the Govern-
ment's complaint for for-
feiture, whichever is earli-
er. The claim shall identify
the interest or right in the
```

Before me, the undersigned, a notary public, this day personally appeared _Grace Farstad_, who, being first duly sworn, according to law, says that he/she is an Advertising Clerk of the Fairbanks Daily News-Miner, a newspaper (i) published in newspaper format, (ii) distributed daily more than 50 weeks per year, (iii) with a total circulation of more than 500 and more than 10% of the population of the Fourth Judicial District, (iv) holding a second class mailing permit from the United States Postal Service, (v) not published primarily to distribute advertising, and (vi) not intended for a particular professional or occupational group. The advertisement which is attached is a true copy of the advertisement published in said paper on the following day(s):

3/17/2006      3/31/2006      3/24/2006

Case No. 3:05-cv-260-JKS

and that the rate charged thereon is not excess of the rate charged private individuals, with the usual discounts.

Subscribed and sworn to before me on this ___31___ day of ___MARCH___, 20 _06_

_Natasia A Bolden_ (signature)  
Notary Public in and for the State Alaska.

My commission expires ___August 24, 2009___



Exhibit __1__  
Page __1__ of __1__ pages