DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-260-JKS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF** |
| v. | ) | **PERSONAL SERVICE** |
| | ) | |
| ONE MARLIN FIREARMS CO. RIFLE, | ) | |
| MODEL 25N, .22 CALIBER, SERIAL | ) | |
| NUMBER 08587184, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of personal service of the notice of judicial forfeiture on all potential interested parties, pursuant to the Court's Order at docket 8, and as required by 18 U.S.C. § 983.[1]

---

[1] The government filed its Notice of Proof of Publication on May 1, 2006 (dkt. 9), attesting to publication of notice in the Fairbanks Daily News-Miner on March 17, 24, and 31, 2006.

Two possible interested parties were identified by the case agent, Rebecca Bobich of the Bureau of Alcohol, Tobacco, Firearms, & Explosives, including: (1) Andrew John Folger, and (2) Dwayne L. Roberts. Accordingly, personal service of the attached Notice of judicial forfeiture was perfected upon Mr. Folger on April 6, 2006, as provided by the attached U.S. Postal Service Domestic Return Receipt. Exhibit 1. Personal service of the attached Notice of judicial forfeiture was perfected upon Mr. Roberts on April 6, 2006, as provided by the attached U.S. Postal Service Domestic Return Receipt. Exhibit 2.

Respectfully submitted this 7th day of August, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**
I hereby certify that on August 7, 2006, a true and correct copy of the foregoing
NOTICE OF PROOF OF PERSONAL SERVICE was served via U.S. Mail on:

DWAYNE L. ROBERTS            ANDREW JOHN FOLGER
P.O. Box 46                  P.O. Box 46
Tanana, AK 99777             Tanana, AK 99777

s/James Barkeley