NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-260-JKS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **APPLICATION FOR ENTRY OF DEFAULT** |
| ONE MARLIN FIREARMS CO. RIFLE, MODEL 25N, .22 CALIBER, SERIAL NUMBER 08587184, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through counsel, applies to the Court for entry of default in favor of the United States and against claimant Dwayne L. Roberts, Andrew John Folger, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 28th day of August, 2006 in Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                      s/James Barkeley
                                      JAMES BARKELEY
                                      Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 W. 7th Avenue, #9, Room 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-3699
                                      Fax: (907) 271-1500
                                      Email: jim.barkeley@usdoj.gov
                                      Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing APPLICATION FOR ENTRY OF DEFAULT
and proposed ENTRY OF DEFAULT were sent via U.S. Mail
this 28th day of August, 2006, to:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

ANDREW JOHN FOLGER
Third Street (P.O. Box 46)
Tanana, AK 99777

s/James Barkeley