NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  v.  )<br>  )<br>ONE MARLIN FIREARMS CO. RIFLE, )<br>MODEL 25N, .22 CALIBER, SERIAL  )<br>NUMBER 08587184,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 3:05-cv-260-JKS<br><br>**APPLICATION FOR ENTRY**<br>**OF DEFAULT** |

Plaintiff United States of America, by and through counsel, applies to the Court for entry of default in favor of the United States and against claimant Dwayne L. Roberts, Andrew John Folger, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 28th day of August, 2006 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing APPLICATION FOR ENTRY OF DEFAULT and proposed ENTRY OF DEFAULT were sent via U.S. Mail this 28th day of August, 2006, to:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

ANDREW JOHN FOLGER
Third Street (P.O. Box 46)
Tanana, AK 99777

s/James Barkeley