IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ONE MARLIN FIREARMS CO. RIFLE,<br>MODEL 25N, .22 CALIBER, SERIAL<br>NUMBER 08587184,<br><br>        Defendant. | Case No. 3:05-cv-260-JKS<br><br>**ENTRY OF DEFAULT** |

WHEREAS the notice of this judicial forfeiture action has been published in the Fairbanks Daily News-Miner on March 17, 24, and 31, 2006;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, claimant Dwayne L. Roberts has failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, Andrew John Folger has failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of claimant Dwayne L. Roberts, Andrew John Folger, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases or complaints in intervention in the above-captioned case.

DATED:_____

_____
IDA ROMACK, Clerk of the Court
Deputy Clerk:_____