UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | ONE MARLIN FIREARMS CO. RIFLE, MODEL 25N, .22 CALIBER, SERIAL NUMBER 08587184 |

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                CASE NO.  3:05-CV-00260-JKS

 Dan Maus

PROCEEDINGS: **CLERK'S NOTICE**                 DATE: August 29, 2006

**ENTRY OF DEFAULT IN REM**

It appearing from the records in the above-entitled action that Notice of Arrest has been published and it appearing from the affidavit of counsel for the plaintiff and the record herein that said defendants/or claimants have failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure, and supplemental Admiralty Rules.

Now, therefore, on request of counsel for plaintiff, the DEFAULT is hereby entered of all persons and entities claiming an interest in the *In Rem* defendant[s] excluding those who have filed claims and answers pursuant to Admiralty Rule C or complaints in intervention in the above-entitled action.

[ ]{DFLTREM.WPD*Rev.1/97}