NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-260-JKS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ENTRY OF** |
| v. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| ONE MARLIN FIREARMS CO. RIFLE, | ) | |
| MODEL 25N, .22 CALIBER, SERIAL | ) | |
| NUMBER 08587184, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b), moves this Court for entry of a default judgment in favor of the United States and against Dwayne L. Roberts, Andrew John Folger, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This motion is based on the Entry of Default filed by the Clerk of Court on August 29, 2006 (docket 16), the attached Affidavit of Counsel, and the record in this case.

Respectfully submitted this 26th day of October, 2006 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT was sent via U.S. Mail this 26th day of October, 2006, to:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

ANDREW JOHN FOLGER
Third Street (P.O. Box 46)
Tanana, AK 99777

s/James Barkeley