IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-260-JKS |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | |
| ONE MARLIN FIREARMS CO. RIFLE, ) | |
| MODEL 25N, .22 CALIBER, SERIAL ) | |
| NUMBER 08587184, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS the Entry of Default was filed by the Clerk of Court on August 29, 2006;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, Dwayne L. Roberts and Andrew John Folger have failed to plead or otherwise defend as required by the notice of this judicial forfeiture action and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT JUDGMENT is hereby entered of Dwayne L. Roberts and Andrew John Folger, and of all

persons and entities claiming an interest in the defendant property.

    DATED:_____

_____
HON. JAMES K. SINGLETON, JR.
United States District Court