NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,            )<br>         v.                                              )<br>                                                            )<br>ONE MARLIN FIREARMS CO. RIFLE, )<br>MODEL 25N, .22 CALIBER, SERIAL  )<br>NUMBER 08587184,                         )<br>                                                            )<br>                    Defendant.          )<br>_____ ) | Case No. 3:05-cv-260-JKS<br><br>**AFFIDAVIT OF COUNSEL IN**<br>**SUPPORT OF MOTION FOR**<br>**ENTRY OF DEFAULT**<br>**JUDGMENT** |

STATE OF ALASKA           )
                                          )ss.
THIRD JUDICIAL DISTRICT  )

JAMES BARKELEY, being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. Entry of Default was filed by the Clerk of Court on August 29, 2006, as against

Dwayne L. Roberts, Andrew Folger, and against all persons and entities claiming an interest in the defendant property. Docket 16. The Affidavit of Counsel in support of the United States' Application for Entry of Default is attached hereto as Exhibit 1 and is incorporated herein by reference.

3.      No claim or answer has been served or filed by any person or entity in this action, and therefore, the United States is entitled to judgment by default against all persons and entities claiming an interest in the defendant property.

EXECUTED this 26th day of October, 2006 in Anchorage, Alaska.

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

SUBSCRIBED AND SWORN TO before me this 26th day of October, 2006, in Anchorage, Alaska.

NOTARY PUBLIC, State of Alaska
My commission expires: