IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ONE MARLIN FIREARMS CO. RIFLE, MODEL 25N, .22 CALIBER, SERIAL NUMBER 08587184,<br><br>        Defendant. | Case No. 3:05-CV-00260-JKS<br><br>**DEFAULT JUDGMENT** |

WHEREAS the Entry of Default was filed by the Clerk of Court on August 29, 2006:

AND WHEREAS according to the record in this case and the Affidavit of Counsel of the Plaintiff, no persons or entities have plead or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases:

IT IS THEREFORE ORDERED, on request of counsel for Plaintiff, the DEFAULT JUDGMENT is hereby entered in favor of the United States and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

Dated at Anchorage, Alaska, this 21st day of November 2006.

                                                            /s/ James K. Singleton, Jr.
                                                            **JAMES K. SINGLETON, JR.**
                                                             United States District Judge