NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ONE MARLIN FIREARMS CO. RIFLE, ) <br> MODEL 25N, .22 CALIBER, SERIAL ) <br> NUMBER 08587184, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:05-cv-260-JKS <br><br> **MOTION FOR DECREE** <br> **OF FORFEITURE** |

Pursuant to Fed. R. Civ. P. 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture, Order granting Request for Judicial Issuance of *In Rem* Warrant of Arrest, and the attached Declaration of Counsel. A proposed decree of forfeiture

is submitted herewith.

DATED this 6th day of December, 2006 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing MOTION FOR DECREE OF FORFEITURE
was sent via U.S. Mail this 6th day of December, 2006, to:

DWAYNE L. ROBERTS
P.O. Box 46
Tanana, AK 99777

ANDREW JOHN FOLGER
Third Street (P.O. Box 46)
Tanana, AK 99777

s/James Barkeley